## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT LUNSFORD                                                                                      PLAINTIFF

v.                                    No. 4:10CV01095 JLH

UNION PACIFIC RAILROAD COMPANY                                                         DEFENDANT

### ORDER

The Court has been informed that the parties have resolved the motion to compel, so that motion is denied as moot. Document #11.

IT IS SO ORDERED this 27th day of June, 2011.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE